NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUNG HYUN CHANG,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D16-5664
                                    )
RICHARD K. FUEYO and TRENAM,        )
KEMKER, SCHARF, BARKIN, FRYE,       )
O'NEILL & MULLIS, P.A.,             )
                                    )
            Appellees.              )
_____)

Opinion filed February 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; William P. Levens,
Judge.

Brian P. Rush of Woodlief & Rush, P.A.,
Tampa, for Appellant.

Marie Tomassi of Trenam, Kemker, Scharf,
Barkin, Frye, O'Neill & Mullis, P.A., Tampa,
for Appellees.

Richard K. Fueyo, pro se, and for Appellee
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A.


PER CURIAM.


            Affirmed.


VILLANTI, CRENSHAW, and BADALAMENTI, JJ., Concur.